UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:  
Kathryn A. Fiorella,  
                         DEBTOR.

CASE NO.: 16-20524-PRW  
Chapter: 13  
JUDGE: PAUL R. WARREN

-------------------------------------------------------X

## ORDER CONDITIONALLY GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** the application filed by Federal National Mortgage Association ("Fannie Mae") (the "Movant"), scheduled before this Court for May 25, 2017, seeking an Order pursuant to 11 U.S.C. Section 362 (d)(1) providing that the automatic stay imposed by operation of 11 U.S.C. Section 362 (a), be modified and terminated to Applicant to pursue its rights as more particularly described in the Application, to the premises located at 113 Orland Rd, Rochester, NY 14622 (the "Premises"); and (ii) granting such other and further relief as is just and proper; the Motion was served on the Debtor, Debtor's Attorney, and the Chapter 13 Trustee; and the parties having now agreed to entry of the within conditional Order; therefore it is hereby

**ORDERED** that the Motion of Movant is conditionally granted as set forth below, and it is further

**A. ORDERED** that on or before November 15, 2017, the Debtor shall pay Movant all reasonable attorney fees and costs in the amount of $531.00 for a total sum of $531.00; such sum shall be good through May 31, 2017 and said arrears are broken down as follows:

| | |
|---|---|
| Reasonable attorney fees | = $350.00 |
| Reasonable attorney Costs | = $181.00 |
| Less Debtor's Suspense | = ($-8.19) |
| Total | = $522.81 |

and said arrears are to be paid as follows:

| AMOUNT | DUE BY |
|---|---|
| $87.13 | 6/15/2017 |
| $87.13 | 7/15/2017 |
| $87.13 | 8/15/2017 |
| $87.13 | 9/15/2017 |
| $87.14 | 10/15/2017 |
| $87.15 | 11/15/2017 |

and said payments shall be in the form of certified funds and mailed to:

Federal National Mortgage Association ("Fannie Mae")
P. O. Box 1047
Hartford, CT 06143-1047

and it is further,

**B. ORDERED** that the Debtor shall make timely regular monthly payments to Movant at the address listed above by the first day of each and every month, commencing with the June 1, 2017 payment, and it is further

**C. ORDERED** that in the event the Debtor fails to tender the sum due under paragraph A hereinabove or fails to make timely payments described in paragraph B hereinabove, and thereafter fails to comply with a Ten (10) day Notice to Cure, then upon the filing of an Affirmation of Non-Compliance and submission and signature of an Ex-Parte Order, the automatic stay is vacated with respect to the mortgage held by Movant, its successors and/or assigns, to commence and/or continue mortgage foreclosure and eviction proceedings on the real property located at 113 Orland Rd, Rochester, NY 14622, and it is further

**D. ORDERED** that in the event the Debtor fails to tender the sum due under paragraph A and/or the payments due pursuant to paragraph B hereinabove, and if three (3) notices to cure had previously been sent to Debtor and Debtor's attorney pursuant to paragraph C hereinabove, (for three previous defaults under this order), then no further notices to cure shall be provided and the automatic stay will be vacated without further notice to the Debtor or Debtor's attorney

*Page 3 of 3*     *case no. 16-20524*

upon filing of an Affirmation of Non-Compliance and submission and signature of an Ex-Parte Order.

DATED: *June 5, 2017*
*Rochester*, New York

                                   /s/ Paul R. Warren
                                   Hon. Paul R. Warren
                                   United States Bankruptcy Judge

CONSENTED AND AGREED TO BY:

_____
David H. Ealy, Esq.
Attorney for Debtor